# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**AVEMA CORPORATION,**

      Plaintiff/Counter-Defendant,

Case No.: 2:06-cv-10540
Hon. Avern Cohn

v.

**AMERICAN MEGACOM, INC.**

      Defendant/Counter-Plaintiff.

_____/

| | |
|---|---|
| Sheldon Klein (P41062) | Daniel J. McGlynn (P47678) |
| BUTZEL LONG | KOTZ, SANGSTER, WYSOCKI AND BERG, P.C. |
| Attorneys for Avema Corporation | Attorneys for American Megacom, Inc. |
| 150 West Jefferson, Suite 900 | 400 Renaissance Center, Suite 2555 |
| Detroit, MI 48226-4430 | Detroit, MI 48243-1675 |
| (313) 225-7000 | (313) 259-8300 |

_____/

## ORDER COMPELLING DISCOVERY RESPONSES WITHIN 14 DAYS

Pursuant to the stipulation of the parties through their respective counsel, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Plaintiff Avema Corporation shall serve its responses to Defendant/Counter-Plaintiff American Megacom, Inc.'s Interrogatories To Plaintiff/Counter-Defendant Avema Corporation served on June 30, 2006, no later than November 17, 2006.

SO ORDERED.

Dated: November 06, 2006                  s/Avern Cohn
                                                    United States District Judge